UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MICHELE JONES,
        Plaintiff,

v.

CREDIT PROTECTION ASSOCIATION, et al.,
        Defendants.
        /

No. C 10-0217 SC

**ORDER GRANTING REQUEST FOR DEFENDANT'S REPRESENTATIVE TO ATTEND THE ENE TELEPHONICALLY**

Date:     September 13, 2010
Evaluator:  Sadhana Narayan

    IT IS HEREBY ORDERED that the request for defendant Credit Protection Association's representative, Diane Evans, to be excused from personally attending the September 13, 2010 ENE session before Sadhana Narayan is GRANTED. Ms. Evans shall be available by telephone at all times to participate in the ENE in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

September 7, 2010    By:    *Elizabeth D. Laporte*
Dated                                    Elizabeth D. Laporte
                                        United States Magistrate Judge