1 Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 T: (323) 988-2400; F: (866) 583-3695
rlee@consumerlawcenter.com
4 Attorneys for Plaintiff,
MICHELE JONES
5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHELE JONES, | ) | Case No.: **3:10-cv-00217-SC** |
| Plaintiff, | ) | |
| v. | ) | |
| CREDIT PROTECTION ASSOCIATION, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MICHELE JONES, against Defendant, CREDIT PROTECTION ASSOCIATION, in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 2/11/11        KROHN & MOSS LTD

            /s/ Ryan Lee
            Ryan Lee, Esq.
            Attorney for Plaintiff,
            MICHELE JONES

Dated: 2/11/11        HINSHAW & CULBERTSON LLP

            /s/ David I. Dalby
            David I. Dalby
            Attorney for Defendant,
            CREDIT PROTECTION ASSOCIATION

Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MICHELE JONES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE JONES, | Case No.: 3:10-cv-00217-SC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| CREDIT PROTECTION ASSOCIATION, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   2/14/11

_____
The Hon. [signature: Samuel Conti]
United States District Judge
Judge Samuel Conti

[Proposed] Order